**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

*(additional counsel on signature page)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHOUQI LUO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SINOVAC BIOTECH LTD., WEIDONG YIN, DANNY CHUNG, NAN WANG,<br><br>Defendants. | Case No. 2:17-cv-04883-JMV-MF<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that Plaintiff Shouqi Luo ("Plaintiff") files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment. A class has not been certified. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

This dismissal is without prejudice. Each party is to bear their own costs and fees.

Dated: September 6, 2017

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

**BRONSTEIN, GEWIRTZ & GROSSMAN**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
Email: peretz@bgandg.com

Additional Counsel for Plaintiff

So Ordered:

_____  9/8/17
Judge John Michael Vazquez, U.S.D.J.   Date